UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

45460
Morton & Craig LLC
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Ally Capital

**Order Filed on September 27, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey**

In Re:

MITCH MIRABA
KATHRYN MIRABA

Case No.: 17-28485

Adv. No.:

Hearing Date: 5-10-18

Judge: JKS

## ORDER RESOLVING OBJECTION TO CONFIRMATION OF ALLY CAPITAL

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 27, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Mitch And Kathryn Mirbaba
17-28485(JKS)
**Order resolving objection to confirmation of Ally Capital**
Page 2

This matter having been brought on before this Court on objection to confirmation filed by John R. Morton, Jr., Esq., attorney for Ally Capital, with the appearance of Stuart D. Gavzy Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. The objection to confirmation of Ally Capital is resolved as follows:

    a. Ally holds a first purchase money security interest encumbering a 2013 Chevrolet Suburban as is more particularly set forth in Claim Number 3 filed by Ally in this case as a result of a retail installment contract executed by the debtors in connection with the purchase of the vehicle on 3-4-17.

    b. Ally is unaffected by the plan.

    c. The debtors were discharged in a prior Chapter 7 commenced on 3-15-16 and are not entitled to a discharge in this case.

    d. Part 4(d)(2) of the plan is stricken as to Ally. Ally shall retain its lien on the vehicle after confirmation and until it is paid in full in accordance with the terms of the retail installment contract which exceeds the length of the plan.

    e. The terms of this order shall be deemed to modify the debtors' plan.