| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |
| 45460 |
| Morton & Craig LLC |
| John R. Morton, Jr., Esq. |
| 110 Marter Avenue |
| Suite 301 |
| Moorestown, NJ 08057 |
| Attorney for Ally Capital |

**Order Filed on September 27, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey**

In Re:

MITCH MIRABA
KATHRYN MIRABA

Case No.: 17-28485

Adv. No.:

Hearing Date: 5-10-18

Judge: JKS

## ORDER RESOLVING OBJECTION TO CONFIRMATION OF ALLY CAPITAL

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 27, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

**Mitch And Kathryn Mirbaba**
**17-28485(JKS)**
**Order resolving objection to confirmation of Ally Capital**
**Page 2**

This matter having been brought on before this Court on objection to confirmation filed by John R. Morton, Jr., Esq., attorney for Ally Capital, with the appearance of Stuart D. Gavzy Esq. on behalf of the debtors, and this order having been filed with the Court and served upon the debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. The objection to confirmation of Ally Capital is resolved as follows:

    a. Ally holds a first purchase money security interest encumbering a 2013 Chevrolet Suburban as is more particularly set forth in Claim Number 3 filed by Ally in this case as a result of a retail installment contract executed by the debtors in connection with the purchase of the vehicle on 3-4-17.

    b. Ally is unaffected by the plan.

    c. The debtors were discharged in a prior Chapter 7 commenced on 3-15-16 and are not entitled to a discharge in this case.

    d. Part 4(d)(2) of the plan is stricken as to Ally. Ally shall retain its lien on the vehicle after confirmation and until it is paid in full in accordance with the terms of the retail installment contract which exceeds the length of the plan.

    e. The terms of this order shall be deemed to modify the debtors' plan.

United States Bankruptcy Court
District of New Jersey

In re:  
Mitch Mirbaba  
Kathryn Mirbaba  
      Debtors

Case No. 17-28485-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 28, 2018  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2018.  
db/jdb         +Mitch Mirbaba,    Kathryn Mirbaba,    219 Cumley Terrace,    Leonia, NJ 07605-1112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2018 at the address(es) listed below:

       Denise E. Carlon    on behalf of Creditor    J.P. Morgan Alternative Loan Trust 2006-S3, Mortgage Pass-Through Certificates, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       John R. Morton, Jr.    on behalf of Creditor    Ally Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc., dba Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       Marie-Ann Greenberg    magecf@magtrustee.com  
       Stuart D. Gavzy    on behalf of Joint Debtor Kathryn Mirbaba stuart@gavzylaw.com, lesliebrown.paralegal@gmail.com;gavzysr82824@notify.bestcase.com  
       Stuart D. Gavzy    on behalf of Debtor Mitch Mirbaba stuart@gavzylaw.com, lesliebrown.paralegal@gmail.com;gavzysr82824@notify.bestcase.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                               TOTAL: 7