Stuart D. Gavzy
Stuart D. Gavzy, Esq.
8171 E. Del Barquero Dr.
Scottsdale, AZ 85258
973-256-6080
Fax : 480-452-1665
Email: stuart@gavzylaw.com

Order Filed on July 13, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

```
IN THE UNITED STATES BANKRUPTCY        :
COURT DISTRICT OF NEW JERSEY           :
                                       : CHAPTER 13 CASE
IN RE:                                 :
Mitch and Kathryn Mirbaba              :
                                       : CASE NO. 17-28485 JKS
                                       :
                                       :
                                       : JUDGE: Sherwood
                                       :
                                       :
         DEBTORS :                     : HEARING DATE:
```

**ORDER GRANTING THE AVOIDANCE OF THE LIEN OF THE SMALL BUSINESS ASSOCIATION**

The relief set forth on the following page is hereby **ORDERED**.

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**DATED: July 13, 2021**

**THIS CAUSE** being submitting on the papers to the undersigned Judge of the United States Bankruptcy Court for District of New Jersey, pursuant to the Motion to Reopen Chapter 13 Case and Motion for an Order Voiding the Lien held by the Small Business Association ("SBA") filed by the debtors; and

**IT APPEARING** that, in their Schedules, the debtors listed their debt of $27,000 to the SBA as a "business loan" and "judicial lien" (Docket Entry #1); and

**IT APPEARING** that, in their Chapter 13 plan, the debtors included a motion to avoid the SBA's lien on the basis that there was no equity in their residential property to secure the lien (Docket Entry #4); and

**IT APPEARING** that all parties in interest, and in particular the SBA, were served with this Motion and of the time, date and place of this hearing and that no such parties have filed any timely objections or otherwise appeared in opposition to the said Motion and that the time for filing any such objection has expired; and

**IT FURTHER APPEARING** to the undersigned that the relief requested by the debtors in their Motion is consistent with the applicable provisions of Title 11 of the United States Code and the Local Rules of the United States Bankruptcy Court for the District of New Jersey; and

**IT FURTHER APPEARING** that there is cause for granting the this Motion to Avoid Lien; and

**IT IS HEREBY ORDERED** that**:** (i) the debtors' motion is **GRANTED;** and (ii) the lien of the Small Business Association against the residential property located at 219 Cumley Terrace, Leonia, New Jersey, which is owned by the debtors, is hereby **AVOIDED**.

This Order has been signed
electronically. The judge's
signature and court's seal
appear at the top of the Order