| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Stuart D. Gavzy<br>Stuart D. Gavzy, Esq.<br>8171 E. Del Barquero Dr.<br>Scottsdale, AZ 85258<br>973-256-6080<br>Fax : 480-452-1665<br>Email: stuart@gavzylaw.com | Order Filed on July 13, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Mitch and Kathryn Mirbaba | Case No.: 17-28485<br>Hearing Date:<br>Judge: JKS<br>Chapter: 13 |

Recommended Local Form:   ☒ Followed   ☐ Modified

## ORDER REOPENING CASE

The relief set forth on the following page is **ORDERED**.

*/s/ John K. Sherwood*

Honorable John K. Sherwood
United States Bankruptcy Court

**DATED: July 13, 2021**

Upon the motion of _____ the debtors _____, and for good cause shown, it is

ORDERED as follows:

1. This case is reopened.

2. ☐  A Trustee shall be appointed.

   ☒  A Trustee shall not be appointed.

3. ☐  An amendment to the schedule(s) noted in the underlying motion shall be filed within 14 days of the date of this order. If the amendment is not filed, the case shall be reclosed without further order of the court.

4. The case shall be reviewed within __7__ days for closing eligibility. The case may be closed upon entry of the discharge.

The successful party shall serve this Order on the debtor, any trustee and all parties who entered an appearance on this motion.

*Rev. 5/1/2019*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-28485-JKS |
| Mitch Mirbaba | Chapter 13 |
| Kathryn Mirbaba | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 13, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mitch Mirbaba, Kathryn Mirbaba, 219 Cumley Terrace, Leonia, NJ 07605-1112 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor J.P. Morgan Alternative Loan Trust 2006-S3  Mortgage Pass-Through Certificates, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | |
| | on behalf of Creditor Ally Capital ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| John R. Morton, Jr. | |
| | on behalf of Creditor Santander Consumer USA Inc.  dba Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Stuart D. Gavzy | |
| | on behalf of Joint Debtor Kathryn Mirbaba stuart@gavzylaw.com lesliebrown.paralegal@gmail.com;gavzysr82824@notify.bestcase.com;4635996420@filings.docketbird.com |

District/off: 0312-2     User: admin     Page 2 of 2
Date Rcvd: Jul 13, 2021     Form ID: pdf903     Total Noticed: 1

Stuart D. Gavzy
   on behalf of Debtor Mitch Mirbaba stuart@gavzylaw.com
   lesliebrown.paralegal@gmail.com;gavzysr82824@notify.bestcase.com;4635996420@filings.docketbird.com

U.S. Trustee
   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7