**Stuart D. Gavzy**
**Stuart D. Gavzy, Esq.**
**8171 E. Del Barquero Dr.**
**Scottsdale, AZ 85258**
**973-256-6080**
**Fax : 480-452-1665**
**Email: stuart@gavzylaw.com**

Order Filed on July 13, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____
IN THE UNITED STATES BANKRUPTCY          :
COURT DISTRICT OF NEW JERSEY             :
                                          : CHAPTER 13 CASE
IN RE:                                    :
Mitch and Kathryn Mirbaba                 :
                                          : CASE NO. 17-28485 JKS
                                          :
                                          :
                                          : JUDGE: Sherwood
                                          :
                                          :
DEBTORS :                                 : HEARING DATE:
_____

**ORDER GRANTING THE AVOIDANCE OF THE LIEN OF THE SMALL BUSINESS ASSOCIATION**

The relief set forth on the following page is hereby **ORDERED**.

Honorable John K. Sherwood
United States Bankruptcy Court

**DATED: July 13, 2021**

**THIS CAUSE** being submitting on the papers to the undersigned Judge of the United States Bankruptcy Court for District of New Jersey, pursuant to the Motion to Reopen Chapter 13 Case and Motion for an Order Voiding the Lien held by the Small Business Association ("SBA") filed by the debtors; and

**IT APPEARING** that, in their Schedules, the debtors listed their debt of $27,000 to the SBA as a "business loan" and "judicial lien" (Docket Entry #1); and

**IT APPEARING** that, in their Chapter 13 plan, the debtors included a motion to avoid the SBA's lien on the basis that there was no equity in their residential property to secure the lien (Docket Entry #4); and

**IT APPEARING** that all parties in interest, and in particular the SBA, were served with this Motion and of the time, date and place of this hearing and that no such parties have filed any timely objections or otherwise appeared in opposition to the said Motion and that the time for filing any such objection has expired; and

**IT FURTHER APPEARING** to the undersigned that the relief requested by the debtors in their Motion is consistent with the applicable provisions of Title 11 of the United States Code and the Local Rules of the United States Bankruptcy Court for the District of New Jersey; and

**IT FURTHER APPEARING** that there is cause for granting the this Motion to Avoid Lien; and

**IT IS HEREBY ORDERED** that**:** (i) the debtors' motion is **GRANTED;** and (ii) the lien of the Small Business Association against the residential property located at 219 Cumley Terrace, Leonia, New Jersey, which is owned by the debtors, is hereby **AVOIDED**.

This Order has been signed
electronically. The judge's
signature and court's seal
appear at the top of the Order

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-28485-JKS |
| Mitch Mirbaba | Chapter 13 |
| Kathryn Mirbaba | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 13, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Mitch Mirbaba, Kathryn Mirbaba, 219 Cumley Terrace, Leonia, NJ 07605-1112 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2021           Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor J.P. Morgan Alternative Loan Trust 2006-S3 Mortgage Pass-Through Certificates, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Ally Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| John R. Morton, Jr. | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Stuart D. Gavzy | on behalf of Joint Debtor Kathryn Mirbaba stuart@gavzylaw.com lesliebrown.paralegal@gmail.com;gavzysr82824@notify.bestcase.com;4635996420@filings.docketbird.com |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 13, 2021 | Form ID: pdf903 | Total Noticed: 1

Stuart D. Gavzy
    on behalf of Debtor Mitch Mirbaba stuart@gavzylaw.com
    lesliebrown.paralegal@gmail.com;gavzysr82824@notify.bestcase.com;4635996420@filings.docketbird.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7