**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

Stuart D. Gavzy
8171 E. Del Barquero Drive
Scottsdale, AZ 85258
973-256-6080
stuart@gavzylaw.com
Attorney for Debtors

Order Filed on October 3, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Mitch and Kathryn Mirbaba

| | |
|---|---|
| Case No: | 13 |
| Chapter: | 17-28485 |
| Hearing Date: | |
| Judge: | JKS |

## AMENDED ORDER ON MOTION TO CANCEL AND DISCHARGE:

☒ **MORTGAGE**    ☐ **LIEN**    ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED**.[1]

**DATED: October 3, 2022**

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] This Order amends and replaces the Order Granting the Avoidance of the Lien of the Small Business Association at ECF No. 43.

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 219 Cumley Terrace, Leonia, NJ 07605

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder: U.S. Small Business Administration
    b. Current Assignee: None
    c. Current Servicer: None
    d. Date of Mortgage/Lien: April 10, 2013
    e. Date of Recordation: April 25, 2013
    f. Place of Recordation: Bergen County (NJ) Clerk, Hackensack, New Jersey
       i. Mortgage Book: V Book 1368
       ii. Page: 1680
    g. Original Principal Balance of Mortgage/Lien: $ 27,800.00

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*