**STUART D. GAVZY**
ATTORNEY AT LAW
8171 E. Del Barquero Drive
Scottsdale, Arizona 85258
480-888-5725  Fax 480-452-1665
stuart@gavzylaw.com

New Jersey Office:
321 Hillside Road
Union, NJ 07083
973-256-6080

AZ, NJ, and PA Bars

October 3, 2022

Clerk, United States Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

In Re:  Mirbaba, Mitch and Kathryn, Chapter 13
Case No.:17-28485 JKS

Dear Sir or Madam:

I represent the above-referenced Chapter 13 debtors and on their behalf I have enclosed a signed copy of an Amended Order on Motion to Cancel and Discharge Mortgage, along with my check in the amount of $12.00 to cover the cost of certifying this Order for recording with the Register of Bergen County. Please forward the certified copy in the enclosed stamped envelope. Thank you.

Very truly yours,

Stuart D. Gavzy

Enc.

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Stuart D. Gavzy<br>8171 E. Del Barquero Drive<br>Scottsdale, AZ 85258<br>973-256-6080<br>stuart@gavzylaw.com<br>Attorney for Debtors | Order Filed on October 3, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Mitch and Kathryn Mirbaba | Case No: 13<br>Chapter: 17-28485<br>Hearing Date: _____<br>Judge: JKS |

### AMENDED ORDER ON MOTION TO CANCEL AND DISCHARGE:

☒ **MORTGAGE**     ☐ **LIEN**     ☐ **OTHER (specify)** _____

The relief set forth on the following page is hereby **ORDERED**.[1]

DATED: October 3, 2022

Honorable John K. Sherwood
United States Bankruptcy Court

---

[1] This Order amends and replaces the Order Granting the Avoidance of the Lien of the Small Business Association at ECF No. 43.

The debtor(s) having filed a Motion to Cancel or Discharge Mortgage or Lien, and the court having considered any objections filed, it is hereby ORDERED that:

☐ The debtor's motion is denied.

☒ The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property:
Location (Street Address) 219 Cumley Terrace, Leonia, NJ 07605

Description of Mortgage/Judgment Lien:

a. Original Mortgagee/Lienholder: U.S. Small Business Administration
b. Current Assignee: None
c. Current Servicer: None
d. Date of Mortgage/Lien: April 10, 2013
e. Date of Recordation: April 25, 2013
f. Place of Recordation: Bergen County (NJ) Clerk, Hackensack, New Jersey
   i. Mortgage Book: V Book 1368
   ii. Page: 1680
g. Original Principal Balance of Mortgage/Lien: $ 27,800.00

> **NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

*rev.12/1/17*

2



Stuart D. Gavzy
Attorney at Law
8171 E. Del Barquero Drive
Scottsdale, AZ 85258

PHOENIX AZ 852
4 OCT 2022 PM 5 L

RECEIVED

Clerk, United States Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

0710233550